# UNITED STATES DISTRICT COURT
## for
### Western District of Texas

*FILED 2010 JUL 22 PM 12: 10*

### Report on Offender Under Supervision

Name of Offender: Christopher Andrew Phillips     Case Number: A-04-CR-247 (01) LY

Name of Sentencing Judicial Officer: Lee Yeakel, United States District Judge

Date of Original Sentence: September 6, 2005

Original Offense: Fraud and Related Activities in Connection with Computer
18 U.S.C. § 1030(a)(5)(A)(ii)

Original Sentence: 5 years probation, a $100 special assessment, 500 hours of community service and a $170,056 restitution

Type of Supervision: Probation          Date Supervision Commenced: September 6, 2005

## PREVIOUS COURT ACTION

None.

## NONCOMPLIANCE SUMMARY

**Violation of Special Condition:** "The defendant shall pay a restitution in the amount of $170,056 through the Clerk, U.S. District Court, for distribution to the payee(s). Payment of this sum shall begin immediately. The Court determines that the defendant does not have the ability to pay interest and therefore waives the interest requirement pursuant to 18 U.S.C. § 3612(f)(3)."

**Nature of Noncompliance:** Since September 6, 2005, the offender has satisfied the 500 hours of community service and paid $5,935 towards the restitution. Phillips has been consistent with his restitution payments. The restitution will not be paid in full by the time he expires from his term of probation. The defendant has been instructed to continue making his payments and understands that he is still liable for the restitution until it is paid in full

**U.S. Probation Officer Action:** The United States Financial Litigation Unit in San Antonio has been notified of the offender's upcoming expiration of probation and the unpaid restitution. It is respectfully recommended that no action be taken and that his term of supervised release be allowed to expire on September 5, 2010.

Respectfully submitted,

Arnoldo Rodriguez
U.S. Probation Officer
Date: July 21, 2010

Approved:

Francisco A. Peralta
Supervising U.S. Probation Officer

**THE COURT ORDERS:**

[X]     No Action

[ ]     Submit a Request for Modifying the Condition or Term of Supervision

[ ]     Submit a Request for Warrant or Summons

[ ]     Other

Lee Yeakel
U.S. District Judge

July 22, 2010.
Date